JS-6

1 ARMOND M. JACKSON, Bar No. 281547
ANDREA M. FERNANDEZ-JACKSON, Bar No. 295924
2 **JACKSON APC**
2 Ventura Plaza, Suite 400
3 Irvine, CA 92618
Telephone: (949) 281-6857
4 Fax No.: (949) 777-6218

5 Attorneys for Plaintiff JUAN MANUEL PARRA CHAVEZ

COUNSEL INFORMATION CONTINUED ON NEXT PAGE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN MANUEL PARRA CHAVEZ, as an individual and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>HILTON RESORTS CORPORATION, a Delaware corporation, HILTON RESERVATIONS WORLDWIDE, LLC, a Delaware corporation, HILTON HOTEL EMPLOYER LLC, a Delaware corporation, and HILTON MANAGEMENT LLC, a Delaware corporation, and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 8:22−cv−01133−KK−ADS<br><br>[Assigned to Honorable Kenly Kiya Kato and Magistrate Judge, Honorable Autumn D. Spaeth]<br><br>**ORDER RE JOINT STIPULATION TO REMAND MATTER FOR SETTLEMENT PURPOSES ONLY**<br><br>**[Filed concurrently with Joint Stipulation]**<br><br>Complaint Filed: March 03, 2022<br>Removal Date: June 8, 2022<br>Trial Date: October 28, 2025 |

**ORDER RE JOINT STIPULATION TO REMAND MATTER FOR SETTLEMENT PURPOSES ONLY**

CONNIE L. CHEN (SBN 275649)
PAUL J. COHEN (SBN 293797)
SEVADA HAKOPIAN (SBN 330602)
**JACKSON LEWIS P.C.**
725 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5408
Telephone: (213) 689-0404
Facsimile: (213) 689-0430

Attorneys for Defendants
HILTON HOTEL EMPLOYER LLC; HILTON MANAGEMENT LLC; HILTON RESERVATIONS WORLDWIDE, LLC; and HILTON RESORTS CORPORATION

**ORDER RE JOINT STIPULATION TO REMAND MATTER FOR SETTLEMENT PURPOSES ONLY**

# ORDER

The Parties stipulating thereto, and notwithstanding the existence of federal jurisdiction over this matter, it is so ORDERED that this matter is remanded *without prejudice* to the Superior Court of the State of California, County of Orange, Case Number 30-2022-01248249-CU-OE-CXC for the purposes of approval of the parties' settlement only. All pending dates are vacated.

**IT IS SO ORDERED.**

Dated: January 5. 2025

HON. KENLY KIYA KATO
United States District Judge